IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE CO. AND LIBERTY INSURANCE CORPORATION, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| SPRING CITY ELECTRICAL MANUFACTURING COMPANY AND SCF INVESTMENTS, INC. AND MILLER AND BRINK OF CALIFORNIA, INC. AND WESTERN LIGHTING CO., | : : : : : | NO. 02-2785 |
| Defendants. | | |

**ANSWER TO COMPLAINT**

Defendants, by and through their counsel, hereby answer the Complaint as follows:

1.- 4.   Admitted upon information and belief.

5.   Admitted.

6.– 8.   Denied.

9.   Denied. By way of further answer, as the result of payment made, the amount now in controversy is less than $75,000.

10.   If and to the extent that there is jurisdiction, the existence of which is denied, the existence of venue in this District is admitted.

11.   Admitted.

12.   Denied as conclusions of law.

13.   Admitted.

-2-

14.–16. Admitted on information and belief.

17. The averments of paragraph 17 of the Complaint are deemed to be denied because defendants lack knowledge or information sufficient to form a belief as to the truth of said averments.

18. Denied.

19. Defendants incorporate paragraphs 1 through 18 above as if fully set forth.

20.– 21. Denied.

22. Defendants incorporate paragraphs 1 through 21 as if fully set forth.

23. The averments of paragraph 23 of the Complaint are deemed to be denied because defendants lack knowledge or information sufficient to form a belief as to the truth of said averments.

24. Defendants incorporate paragraphs 1 through 23 above as if fully set forth.

25. Denied as a conclusion of law.

26 – 28. Admitted.

29. The averments of paragraph 29 of the Complaint are deemed to be denied because defendants lack knowledge or information sufficient to form a belief as to the truth of said averments.

30. Denied as a conclusion of law.

WHEREFORE, defendants demand judgment in their favor dismissing the Complaint, plus costs, attorneys' fees, and such other relief as the Court deems appropriate under the circumstances.

                                              Leonard A. Busby (Pa. I.D. # 28454)
                                              MONTGOMERY, McCRACKEN,
                                                 WALKER & RHOADS, LLP
                                            123 South Broad Street, 24th Floor
                                            Philadelphia, PA  19109
                                            Phone:  (215) 772-1500
                                            Fax:    (215) 772-7620

                                            **Attorneys for Defendants**

Of Counsel:

    Montgomery, McCracken,
      Walker & Rhoads, LLP

813706v1

## CERTIFICATE OF SERVICE

I, Meghan M. Thomsen hereby certify that on this 27th day of June 2002, I caused a true and correct copy of the foregoing Answer to Complaint to be served by first class mail, postage prepaid, addressed as follows:

>Steven L. Chung, Esquire
>KELLY, McLAUGHLIN, FOSTER,
>  BRACAGLIA, DALY, TRABUCCO
>  & WHITE, LLP
>1617 J.F.K. Boulevard, Suite 1690
>Philadelphia, PA 19103
>
>**Attorney for Plaintiffs**
>
>Jonathan M. Kuller, Esquire
>PODVEY, SACHS, MEANOR, CATENACCI,
>  HILDNER & COCOZIELLO
>One Riverview Plaza
>Newark, NJ  07102-5497

_____
Meghan M. Thomsen

813706v1