UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SPRING CITY ELECTRICAL MANUFACTURING COMPANY AND SCF INVESTMENTS, INC. AND MILLER AND BRINK OF CALIFORNIA, INC. AND WESTERN LIGHTING CO.,<br><br>Defendants. | Civil Action No. 02-2785<br><br><br><br>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

To:  Leonard A. Busby, Esq.
     Montgomery, McCracken, Walker
       & Rhoads, LLP
     123 South Broad Street
     Philadelphia, PA 19109-1030

**PLEASE TAKE NOTICE** that the undersigned counsel *pro hac vice* for plaintiffs hereby applies to the United States District Court for the Eastern District of Pennsylvania, the Honorable Marvin Katz, Senior Judge, for an Order granting plaintiff leave to file an amended complaint in the form annexed to the accompanying affidavit of Jonathan M. Kuller, Esq.

This motion is not uncontested, to plaintiff's knowledge.

A proposed form of Order is submitted herewith.

Jonathan M. Kuller, Esq. (4930)
Counsel for Plaintiffs *Pro Hac Vice*
PODVEY, SACHS, MEANOR, CATENACCI,
  HILDNER & COCOZIELLO
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000

Dated: September 18, 2002
Document # 129685