UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SPRING CITY ELECTRICAL MANUFACTURING COMPANY AND SCF INVESTMENTS, INC. AND MILLER AND BRINK OF CALIFORNIA, INC. AND WESTERN LIGHTING CO.,<br><br>Defendants. | Civil Action No. 02-2785<br><br>**MOTION TO COMPEL DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(2)(B) AND LOCAL RULE OF CIVIL PROCEDURE 26.1(g)** |

**PLEASE TAKE NOTICE** that the undersigned hereby applies to the United States District Court for the Eastern District of Pennsylvania, the Honorable Marvin Katz, Senior Judge, for an order compelling defendants to answer plaintiffs' interrogatories and to compel compliance with plaintiffs' request for production of documents.

Reliance is placed upon the accompanying affidavit of Jonathan M. Kuller, Esq., which sets forth counsel's efforts to secure the discovery without Court action.

A proposed form of Order is submitted herewith.

Plaintiff does not know whether or not this motion will be contested.

                                            Jonathan M. Kuller, Esq. (4930)
                                            Counsel for Plaintiffs *Pro Hac Vice*
                                            PODVEY, SACHS, MEANOR, CATENACCI,
                                              HILDNER & COCOZIELLO
                                            One Riverfront Plaza
                                            Newark, New Jersey 07102
                                            (973) 623-1000

Dated: September 20, 2002
Document # 129979