IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,**<br>Plaintiffs,<br><br>v.<br><br>**SPRING CITY ELECTRICAL MANUFACTURING COMPANY, et al.,**<br>Defendants. | **CIVIL ACTION NO. 02-2785** |

**O R D E R**

**AND NOW,** this 11th day of October, 2002, it is **ORDERED** that Motion for Leave to File Amended Complaint is **DENIED** as moot.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**